## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | Case No. 09 B 10822 |
| HARTMANN PROPERTIES, LLC, | ) | Hon. Bruce W. Black |
| | ) | Hearing Date: Wed., August 19, 2009 |
| Debtors. | ) | Hearing Time: 9:30 a.m. |

### ORDER

This cause coming to be heard on the routine motion of Amcore Bank for authority to take Rule 2004 examination of Steve Hartman of the debtor (the "Motion"); due notice of the Motion having been provided; and the Court being otherwise fully advised in the premises; IT IS HEREBY ORDERED THAT:

The Motion is granted. Amcore Bank is authorized to take the examination of Steve Hartmann.

ENTERED:

_/s/ Bruce W. Black_

Honorable Bruce W. Black

8/19/09

1122792_1